Jeremiah A. Quane, ISB No. 977
Terrence S. Jones, ISB No. 5811
QUANE SMITH LLP
Sixteenth Floor, U.S. Bank Plaza
101 South Capitol Boulevard
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660

Attorneys for Defendants Saltzer Medical Group and James R. Dzur, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KAREN J. PAUGH, as guardian ad litem and natural mother of B.A.P. and K.M.P., minors; DONALD R. PAUGH, Sr., and ELIZABETH A. PAUGH, heirs of DAVID R. PAUGH, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROGER OTTMAN, M.D.; MERCY MEDICAL CENTER, an Idaho Corporation; PAUL CHRISTENSEN, F.N.P.; DONALD G. RAU, M.D.; SALTZER MEDICAL GROUP, an Idaho Corporation; JOHN H. TRUKSA, M.D.; and JAMES R. DZUR, M.D.,<br><br>    Defendants. | Case No. 07-39-S-BLW<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

COME NOW Plaintiffs, by and through their counsel, and Defendants Saltzer Medical Group and James R. Dzur, M.D., by and through their counsel, and stipulate that the above-entitled action shall be dismissed against Defendants Saltzer Medical Group and James R. Dzur, M.D. with prejudice and without costs and attorney fees to any party.

DATED this 17 day of August 2008.

COMSTOCK & BUSH

By _____
David E. Comstock, Of the Firm
Attorneys for Plaintiffs

DATED this 14 day of August, 2008.

QUANE SMITH LLP

By _____
Jeremiah A. Quane, Of the Firm
Attorneys for Defendants Saltzer Medical Group and James R. Dzur, M.D.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2