David E. Comstock
LAW OFFICES OF COMSTOCK & BUSH
199 N. Capitol Blvd., Ste 500
P.O. Box 2774
Boise, Idaho  83701-2774
Telephone:  (208) 344-7700
Facsimile:  (208) 344-7721
ISB #: 2455

Byron V. Foster
Attorney At Law
199 N. Capitol Blvd., Ste 500
P.O. Box 1584
Boise, Idaho  83701
Telephone:  (208) 336-4440
Facsimile:  (208) 344-7721
ISB #: 2760

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KAREN J. PAUGH, as guardian ad litem and natural mother of B.A.P. and K.M.P., minors; DONALD R. PAUGH, Sr., and ELIZABETH A. PAUGH, heirs of DAVID R. PAUGH, deceased,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ROGER OTTMAN, M.D.,<br><br>　　　Defendant. | Case No. 07-39-S-BLW<br><br>**PLAINTIFFS' FIRST MOTION IN LIMINE** |

**PLAINTIFFS' FIRST MOTION IN LIMINE - 1**

COME NOW, Plaintiffs, by and through their counsel of record, David E. Comstock and Byron V. Foster, and respectfully move this Court for Orders in Limine based upon the Memorandum in Support of Plaintiffs' First Motion in Limine to be filed herewith:

1. To instruct the attorneys not to mention, refer to or bring before the jury, directly or indirectly, upon voir dire examination, reading of the pleadings, statements of the case, interrogation of the witnesses, argument, objections before the jury, or in any other manner any of the matters set forth below, unless and until such matters have first been called to the attention of the Court out of the presence and hearing of the jury and a favorable ruling received on the admissibility and relevance of such matters.

2. To instruct the attorneys for Defendant to inform the Defendant and all witnesses called by that party to refrain from mentioning or referring to, in any way, in the presence or hearing of the jury, any of the matters listed below, unless specifically permitted to do so by ruling of the Court.

3. To instruct the attorneys for Defendant that violation of any of these instructions may cause harm and prejudice and deprive Plaintiffs of a fair and impartial trial, and the failure to abide by such instructions may constitute contempt of court.

The matters prohibited are:

1. Any testimony, argument, mention of or allusion to any alleged violations of the standard of health care practice by any former co-Defendant not presently a party to this cause; either by reason of settlement or dismissal by Order of the Court.

**PLAINTIFFS' FIRST MOTION IN LIMINE - 2**

2.   Any testimony, argument, mention of or allusion to the cause of death of David R. Paugh other than the conclusions of pathologist Joseph D. Kronz, M.D. and Plaintiffs' properly disclosed expert witness Larry V. Lewman, M.D.

3.   Any testimony, argument, mention of or allusion to placing on the verdict form any former co-Defendant in this action not presently a party to this cause; either by reason of settlement or dismissal by Order of the Court.

4.   Any testimony, argument, mention of or allusion to a set-off of any jury verdict by amounts Plaintiffs received in settlement from any former co-Defendant in this action.

5.   Any testimony, argument, mention of or allusion to any settlements reached or the amounts thereof between Plaintiffs and any former co-Defendant in this action.

6.   Any testimony, argument, mention of or allusion to the fact that there were formerly co-Defendants in this action who are no longer parties for whatever reason either through settlement or by Order of the Court.

7.   Cumulative expert testimony.

RESPECTFULLY SUBMITTED This  10th  day of December, 2008.

Byron V. Foster,
Attorneys for Plaintiffs

PLAINTIFFS' FIRST MOTION IN LIMINE - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __10th__ day of December, 2008, I served a true and correct copy of the above and foregoing instrument, by method indicated below, upon:

| | |
|---|---|
| James B. Lynch<br>LYNCH & ASSOCIATES<br>1412 W. Idaho St., Ste 200<br>P.O. Box 739<br>Boise, Idaho 83701<br>**Attorneys for Defendant Roger Ottman, M.D.** | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile (208) 331-0088<br>☒ ECF |

_____
Byron V. Foster

**PLAINTIFFS' FIRST MOTION IN LIMINE - 4**