IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KAREN J. PAUGH, as guardian ad litem and natural mother of B.A.P. and K.M.P., minors; DONALD R. PAUGH, Sr., and ELIZABETH A. PAUGH, heirs of DAVID R. PAUGH, deceased,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ROGER OTTMAN, M.D.; MERCY MEDICAL CENTER, an Idaho Corporation; PAUL CHRISTENSEN, F.N.P.; DONALD G. RAU, M.D.; SALTZER MEDICAL GROUP, an Idaho Corporation; JOHN H. TRUKSA, M.D.; and JAMES R. DZUR, M.D.<br><br>　　　　　　Defendants. | Case No. CV-07-39-S-BLW<br><br>ORDER FOR THE DISMISSAL OF THE COMPLAINT AGAINST DEFENDANT PAUL CHRISTENSEN, F.N.P. |

A Stipulation (Docket No. 44) for the Dismissal of the Plaintiffs' Complaint against Defendant Paul Christensen, F.N.P. having been filed it is hereby ordered that the Plaintiffs' Complaint against Defendant Paul Christensen, F.N.P. be and the same is hereby dismissed with prejudice and without costs or attorney fees to any party.

DATED: **March 19, 2009**

_____
B. LYNN WINMILL
Chief Judge
United States District Court