IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KAREN J. PAUGH, as guardian ad litem and natural mother of B.A.P. and K.M.P., minors; DONALD R. PAUGH, Sr., and ELIZABETH A. PAUGH, heirs of DAVID R. PAUGH, deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>ROGER OTTMAN, M.D.; MERCY MEDICAL CENTER, an Idaho Corporation; PAUL CHRISTENSEN, F.N.P.; DONALD G. RAU, M.D.; SALTZER MEDICAL GROUP, an Idaho Corporation; JOHN H. TRUKSA, M.D.; and JAMES R. DZUR, M.D.<br><br>      Defendants. | Case No. CV-07-39-S-BLW<br><br>JUDGMENT |

In accordance with the Order of Dismissal filed on this date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that this case is hereby dismissed with prejudice, with each side bearing its own costs and attorney's fees.

Additionally, this case is hereby ordered closed.

DATED: **March 19, 2009**

B. LYNN WINMILL
Chief Judge
United States District Court